IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 07 C 7246<br>)<br>) Judge Bucklo |
| JEANNE BARNES TRUCKING, INC. an Illinois corporation and JEANNE BARNES, Individually | )<br>)<br>) Magistrate Judge Keys |
| Defendants. | ) |

## MEMORANDUM OF JUDGMENT

On February 22, 2008, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, and against Defendant, JEANNE BARNES TRUCKING, INC., an Illinois corporation and JEANNE BARNES, Individually in the amount of $26,534.62.


DATED:_____2/27/08_____

ENTER:_____
Honorable Elaine Bucklo

Prepared by:
JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415